# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ROSSIE WASHINGTON**

**VERSUS**

**SOLID GROUND INNOVATIONS, LLC, ET AL**

**CIVIL ACTION**

**NO. 17-42-JJB-EWD**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on August 10, 2017.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ROSSIE WASHINGTON** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 17-42-JJB-EWD** |
| **SOLID GROUND INNOVATIONS, LLC, ET AL.** | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On July 12, 2017 the court issued on Order to Show Cause, requiring Plaintiff, Rossie Washington ("Washington"), to appear at a hearing on July 26, 2017 at 10:00 a.m. in Courtroom 5 to show cause why claims against Solid Ground Innovations, LLC should not be dismissed pursuant to Local Civil Rule 41(b)(1)(A) and (B).[1] Solid Ground Innovations, LLC, has not made an appearance in this matter; no service information is contained in the record regarding Solid Ground Innovations, LLC; and no default judgment has been timely sought. Alternatively, the Show Cause Order provided that Washington could file a motion for clerk's entry of default as to Solid Ground Innovations, LLC with appropriate proof of service in lieu of appearing for the show cause hearing. Washington did not appear for the hearing, nor respond to the Show Cause Order.

Local Civil Rule 41(b)(1)(A) provides for dismissal "Where no service of process has been made within 120 days after filing of the complaint." Local Civil Rule 41(b)(1)(B) provides for dismissal "Where no responsive pleadings have been filed and no default has been entered within sixty days after service of process, except when Fed. R. Civ. P. 12(a)(3) applies or a dispositive motion is pending."

Solid Ground Innovations, LLC ("Solid Ground"), was named as a defendant in the Petition for Damages and Breach of Contract that was originally filed by Washington in Baton Rouge City

---

[1] R. Doc. 18.

Court in December 2016.[2]  Although Solid Ground consented to removal,[3] there is no service information in the record regarding Solid Ground, nor has Solid Ground ever filed responsive pleadings.  Additionally, no default has been entered against Solid Ground and no dispositive motion has been filed in the case.  Despite having been issued an Order to Show Cause to provide Plaintiff notice and an opportunity to correct this matter, Plaintiff did not respond, nor did Plaintiff appear for the scheduled hearing.  Accordingly, dismissal of Plaintiff's claims against Solid Ground Innovations, LLC, is appropriate under Local Civil Rule 41(b)(1)(A) and/or 41(b)(1)(B).

## **RECOMMENDATION**

It is the recommendation of the undersigned that Plaintiff's claims against Solid Ground Innovations, LLC be dismissed without prejudice pursuant Local Civil Rule 41(b)(1)(A) and (B). It is further recommended that if this Report and Recommendation is adopted, any Order of Dismissal provide for reinstatement of Plaintiff's claims against Solid Ground Innovations, LLC, within thirty (30) days for good cause shown.

Signed in Baton Rouge, Louisiana, on August 10, 2017.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] R. Doc. 1-3 at p. 2.
[3] R. Doc. 2.