UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROSSIE WASHINGTON

VERSUS

SOLID GROUND INNOVATIONS, LLC, ET AL.

CIVIL ACTION

NO. 17-42-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder Doomes dated August 10, 2017 (doc. no. 23) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, Plaintiff's claims against Solid Ground Innovations, LLC are DISMISSED without prejudice pursuant to Local Civil Rule 41(b)(1)(A) and (B).

Signed in Baton Rouge, Louisiana, on August 30, 2017.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA